# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 93 CR 20028 | **DATE** | 7/12/2004 |
| **CASE TITLE** | United States vs. Willis | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse memorandum opinion and order, the motion is dismissed for lack of jurisdiction.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JUL 12 2004 | 227 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 7-12-04 | |
| LC | courtroom deputy's initials | 2004 JUL 12 PM 2:29 Date/time received in central Clerk's Office | date mailed notice / mailing deputy initials | |

## MEMORANDUM OPINION AND ORDER

Petitioner, Ilander Willis, a federal prisoner under a sentence of imprisonment imposed on June 6, 1994, has filed for a modification of his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). However, the authority Willis relies on is the recent Supreme Court case of Blakely v. Washington, No. 02-1632, 2004 WL 1402697 (June 24, 2004). This application is dismissed for want of jurisdiction as § 3582(c)(1)(A)(i) confers authority to modify a sentence upon motion of the Director of the Bureau of prisons and no such motion has been filed by the Director. Further, if this court were to consider the application as a motion for relief filed pursuant to 28 U.S.C. 2255, the result would be the same as it would constitute a successive collateral attack. Melton v. United States, 359 F. 3d 855, 857 (7th Cir. 2004).